UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CHIQUITA R. BRYANT and ANTHONY L. McNAIR, </br>Plaintiffs, </br>v. </br>CITY OF WILMINGTON, </br>Defendant. | **JUDGMENT** </br>No. 4:12-CV-276-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 27, 2013, and for the reasons set forth more specifically within the Memorandum and Recommendation, that plaintiffs' complaint is dismissed. The plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on February 27, 2013, and Copies To:**

Anthony L. McNair (via U.S. Mail) 1228 Hill Street, Rocky Mount, NC 27801
Chiquita R. Bryant (via U.S. Mail) 1228 Hill Street, Rocky Mount, NC 27801

February 27, 2013          JULIE A. RICHARDS, CLERK
                           /s/ Christa N. Baker
                           (By) Christa N. Baker, Deputy Clerk